# *United States Probation & Pretrial Services*

United States District Court
Central District of California



| | FILED |
| CLERK, U.S. DISTRICT COURT |
| 06/10/2026 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: _____JD_____ DEPUTY |

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

Date: June 10, 2026
Re: Release Order Authorization
Docket Number: 8:26-mj-00387
Defendant: Mahender Makhijani

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Dalayna Ecklund*

DALAYNA ECKLUND
U.S. Probation & Pretrial Services Officer
Telephone No. 714-328-2880