

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 8:26-mj-00387 |
| v. | |
| Mahender Makhijani | **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |
| DEFENDANT. | |

I, ___Mahender Makhijani___ , declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country.  I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s).  I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed.  I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s).  If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency.  I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities.  If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency.  I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11th___ day of ___June___ , 20 _26_
at ___Santa Ana, CA___
*(City and State)*

X _Mahendra Makhijani_
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____

languages.  I accurately translated this form from English into _____

to declarant _____ on this date.

Date: _____ _____
*Interpreter*

CR-37 (05/15)            DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS