# *United States Probation & Pretrial Services*

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT ·
**06/11/2026**
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No:  11161283

**\*\*Two passport booklets were surrendered. One current and the other expired\*\***

### Passport Receipt

Defendant Name:  Mahender Makhijani

Name on passport, if different:  Mahender Kalicharan Makhijani

Country of Origin:  INDIA

Ordered by court in the Central District of California

Docket Number:  8:26-00387M-001

U.S. Probation & Pretrial Services
Santa Ana Branch

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4170
Santa Ana, CA 92701-4597
Phone 714-338-4550 / Fax 714-338-4570

X _____
Surrendered By  Carrieann Lynn Pereira
(wife)

X  06/11/26 · _____
Date

_____
Received By

6/11/26 _____
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

Purpose Returned _____

Address (if mailed) _____