Mark Kokanovich (CABN 230286)
kokanovichm@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4330
Facsimile: 424.204.4350

06/12/2026

Counsel for Bank 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Mahender Makhijani,<br><br>             Defendant. | Case No. 8:26-mj-00387-DUTY<br><br>[Assigned to the Hon. Autumn Spaeth]<br><br>**MOTION TO REQUEST TO APPEAR TELEPHONICALLY**<br><br><u>Hearing</u><br>Date:          June 12, 2026<br>Time:          12:00 PM |

**TO ALL PARTIES AND THE HONORABLE COURT:**

Undersigned counsel for victim Bank 1 hereby respectfully requests that the Court allow him to appear telephonically to listen to the hearing set in this matter for tomorrow, June 12, 2026 at 12:00 PM to keep the victim apprised of the status of the proceedings.

DATED: June 11, 2026                    BALLARD SPAHR LLP

By:   /s/ *Mark Kokanovich*
         Mark Kokanovich

Attorney for Bank 1

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915

REQUEST TO APPEAR TELEPHONICALLY