FILED
CLERK, U.S. DISTRICT COURT

06/12/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KH_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 8:26-mj-00387-DUTY |
| Plaintiff, | [Assigned to the Hon. Autumn Spaeth] |
| v. | **ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY** |
| Mahender Makhijani, | |
| Defendant. | |

For good cause shown, it is hereby ORDERED THAT Counsel for Bank 1, Mark Kokanovich, is permitted to appear telephonically for the hearing scheduled on June 12, 2026, at 12:00 PM before this Court.

IT IS SO ORDERED.

Dated: _____June 12, 2026_____        _____/s/ Autumn D. Spaeth_____
Hon. Autumn Spaeth
United States District Judge

1

ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY