**HOGAN LOVELLS US LLP**
Stephanie Yonekura (SBN 187131)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:   (310) 785-4600
Fax No.:       (310) 785-4601
tao.leung@hoganlovells.com
michelle.roberts.gonzales@hoganlovells.com
harmony.gbe@hoganlovells.com

*Attorneys for Nano Banc*

FILED
CLERK, U.S. DISTRICT COURT

06/12/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: ____KH_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. 8:26-mj-00387 |
|---|---|
| Plaintiff, | Assigned to Honorable Autumn Spaeth |
| v. | |
| MAHENDER MAKHIJANI, | **DECLARATION OF STEPHANIE YONEKURA** |
| Defendant. | |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

## <u>DECLARATION OF STEPHANIE YONEKURA</u>

I, Stephanie Yonekura, declare and state as follows:

1.      I am an attorney licensed to practice law in California, Bar No. 187131.  I currently represent Nano Banc ("Nano").

2.      Nano has reviewed Travelers Check 891A 95034229 dated 05/01/26 paid to the order of Grothendieck Group LLC and Nano Bank in the amount of $618,495.05.

3.      Gronthendieck Group was a former loan customer of Nano.  The loan number was 7000335700 opened on 10/21/2020 and closed on 8/16/2023 in the amount of $5.8 million.  Gronthendieck Group LLC and Gauss Group Manager LLC were listed as the borrowers, and Mahender Makijani was listed as the owner other/authorized signer.  The vested property associated with the loan was 8830-28930 Limonite Avenue, Jurupa Springs, California.  The sponsors listed were Andrew Stupin and the Stupin Family Trust.

4.      There are no additional loans at Nano associated with the Limonite property or Gronthendieck Group.

5.      A Travelers representative has informed Nano that the check at issue was for a fire at 9828 Central Avenue, in Montclair, California.  However, the only business that Nano had with Gronthendieck Group was the vested property on Limonite Avenue described above.

6.      Although the check was issued to Gronthendieck Group and Nano Banc, Nano would not endorse the check since it has no current relationship with Gronthendieck group or the property at issue.

///

///

///

///

///

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW

2

DECLARATION OF STEPHANIE YONEKURA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June 2026 in Los Angeles, California.

By: __/s/ *Stephanie Yonekura*__

Stephanie Yonekura

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW

DECLARATION OF STEPHANIE YONEKURA